# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRACEY WANG

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2022 CW 0632

**AUGUST 02, 2022**

---

In Re:    Tracey Wang, applying for supervisory writs, Louisiana
State Civil Service Commission, No. 18769.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The April 22, 2022 ruling of the Louisiana State Civil Service Referee is reversed. Unless taken by the proper appointing authority, disciplinary action is null and must be set aside. The requirement that the disciplinary action be issued by the appointing authority is to be strictly construed. **Department of Agriculture and Forestry v. Jones,** 93-0128 (La. App. 1st Cir. 3/11/94), 633 So.2d 900, 902, writ denied, 94-0907 (La. 5/20/94), 637 So.2d 482. The burden of proof in an appeal to the Commission on a disciplinary action is on the appointing authority. La. Const. art. X, §8(A); Civil Service Rule 13.19(c). It is uncontroverted that the Department of Transportation and Development failed to meet its burden of proof that Mr. Morvant was delegated appointing authority when Tracey Wang's pre-deprivation and disciplinary letters were issued by him. Accordingly, Tracey Wang's motion for summary disposition is granted, and the disciplinary action imposed by letter dated August 13, 2021, reducing Tracey Wang's pay by $1,846.80, is null and is set aside. This matter is remanded to the Louisiana State Civil Service Commission with instructions to reinstate Tracey Wang's salary and determine the amount of back pay owed to her.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT